1

2

3                    IN THE UNITED STATES DISTRICT COURT

4                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6    THERESA BROOKE,                         Case No.  19-cv-07630-MMC

7              Plaintiff,                     **ORDER DENYING AS MOOT
                                              DEFENDANT'S MOTION TO
8         v.                                  ENLARGE TIME FOR JOINT SITE
                                              INSPECTION**
9    GRAND HYATT SF LLC,
                                              Re: Doc. No. 12
10            Defendant.

11

12        Before the Court is defendant's Motion to Enlarge Time for Joint Site Inspection,

13   filed March 3, 2020.  Plaintiff has not filed a response.  Having read and considered the

14   moving papers, the Court finds the matter appropriate for determination based on

15   defendant's filings, VACATES the hearing scheduled for May 1, 2020, and rules as

16   follows.

17        By order filed November 20, 2019, the Court, pursuant to General Order 56, set

18   March 4, 2020, as the "[l]ast day for parties and counsel to hold [a] joint inspection of

19   [the] premises."  (See Scheduling Order, filed November 20, 2019, at 1:26-28.)[1]  By the

20   instant motion, defendant seeks an order extending said deadline to a date to be set after

21   the Court has ruled on defendant's motion to dismiss.[2]

22        As the March 4 deadline expired before the deadline for plaintiff to file a response

23   to the instant motion had passed and well before the date the instant motion was noticed

24   for hearing, the motion is hereby DENIED as moot.

25

26        [1]In the instant motion, defendant erroneously states the deadline was March 2,
     2020.  (See Def.'s Mot. at 2:1.)

27        [2]By order filed April 23, 2020, the Court took defendant's motion to dismiss under
28   submission.

United States District Court
Northern District of California

1    Moreover, this District, recognizing the importance of the in-person requirement,

2    has issued a Notice providing that "[i]n any case subject to General Order 56, the ADR

3    Program will reject a notice of need for mediation unless the parties have held both an in-

4    person joint site inspection and an in-person settlement meeting."  See Notice re

5    Procedures for ADR Cases and Cases Subject to General Order 56 During Coronavirus

6    Public Health Emergency, available at https://cand.uscourts.gov/about/court-

7    programs/alternative-dispute-resolution-adr/.  At this time, in light of California Executive

8    Order N-33-20, requiring all persons in California to shelter in place, and in conformity

9    with the Notice, see id., such in-person meetings are not permissible.  Under the

10   circumstances, the parties will be apprised at a later date of a new deadline to hold the

11   joint site inspection in person.

12       **IT IS SO ORDERED.**

13

14   Dated: April 23, 2020

15                                                 MAXINE M. CHESNEY
                                                    United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States District Court*
*Northern District of California*