IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>  Plaintiff,<br><br>  v.<br><br>GRAND HYATT SF LLC,<br><br>  Defendant. | Case No. 19-cv-07630-MMC<br><br>**ORDER DISMISSING ACTION** |

By order filed April 30, 2020, the Court dismissed plaintiff Theresa Brooke's complaint, with leave to amend no later than May 22, 2020. On May 6, 2020, plaintiff filed a Notice stating she does not intend to file an amended complaint.

Accordingly, the above-titled action is hereby DISMISSED without further leave to amend.

The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: May 7, 2020

MAXINE M. CHESNEY
United States District Judge